UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS    CASE NO. 3:08cr22/LAC

NEVILLE McGARITY

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   August 26, 2008
Motion/Pleadings: MOTION TO PAY FOR PRODUCITON OF DISCOVERY DOCUMENTS
Filed by  Defendant    on  8/22/2008   Doc.#   273
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated    ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/ *Susan Simms*

LC (1 OR 2)    Deputy Clerk: Susan Simms

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 26th day of August, 2008, that:*
*(a) The relief requested is **DENIED**.*
*(b) Without prejudice. The Court can not approve without some estimate of the total cost involved.*

s/*L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.