**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                   CASE NO. 3:08CR22 LAC

NEVILLE MCGARITY

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   AUGUST 27, 2008

Motion/Pleadings: AUGMENTED MOTION TO PAY FOR PRODUCTION OF DISCOVERY DOCUMENTS

Filed by DEFENDANT    on 8/26/08    Doc.# 276

RESPONSES:

                                 on            Doc.#
                                 on            Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                       Deputy Clerk: Mary Maloy

### ORDER

*Upon consideration of the foregoing, it is ORDERED this 2nd day of September, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) Without prejudice to re-file in accordance with Judiciary Policies and Procedures, Volume 7, Part A, Chapter 3.16. [http://jnet.ao.dcn/PFriendly/Guide/Volume_7/Section_A/Chapter_3.html]*

                                                          *s/L.A. Collier*
                                                      ***LACEY A. COLLIER***
                                         ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.