UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS  CASE NO. 3:08cr22 LAC

NEVILLE MCGARITY, aka "Wraith"

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on ___December 29, 2008___
Motion/Pleadings: __MOTION TO BE EXCUSED FROM CASE MANAGEMENT__
__CONFERENCE (scheduled for 12/29/08 at 1:30pm)__
Filed by __DEFENDANT__ on __12/29/08__ Doc.# __415__

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)  Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 29th day of December, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) _____*

s/*L.A. Collier*
***LACEY A. COLLIER***
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.