IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                          Case Nos.:   3:08cr22/LAC/EMT
                                                           3:13cv536/LAC/EMT

NEVILLE McGARITY

_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated November 18, 2016 (ECF No. 1217). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's Motion to Vacate, Set Aside or Correct Sentence (ECF No. 1017) is **DENIED**.

3.      A certificate of appealability is denied.

**DONE AND ORDERED** this 21st day of December, 2016.

        *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:08cr22/LAC/EMT; 3:13cv304/LAC/EMT